Steven A. Alpert (SBN 159730)
**Price Law Group APC**
6345 Balboa Blvd. Ste 247
Encino, California 91316
(818) 995-4540 Telephone
(818) 995-9277 Facsimile

Attorneys for Debtor
Lidia Alicia Pedone

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>**LIDIA ALICIA PEDONE,**<br><br>Debtor. | **Case No.: 2:17-bk-24650-NB**<br><br>**Chapter 13** |

### DECLARATION OF STEVEN ALPERT IN SUPPORT OF MOTION TO COMMENCE LOAN MODIFICATION MANAGEMENT PROGRAM

I, STEVEN ALPERT, declare:

I am the attorney of record in this case and as such I know the following facts to be true from my own personal knowledge, except those facts which are stated on information and belief and as to those facts I believe them to be true. I could and would competently testify under oath to the truthfulness of the following facts:

1. I am the attorney record in this Chapter 13 Bankruptcy case, case number 2:17-bk-24650-NB.

2. Attached as Exhibit 1 is a true and correct copy of the Certification of Document Preparation.

3. This certification was supposed to be attached to the Motion to Commence Loan Modification but was inadvertently not attached to that motion.

4. Debtor and her husband Aurelio Pedone are the borrowers on the mortgage.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and complete to the best of my knowledge. Executed in Encino, California on this 18th day of June, 2018.

_____
Steven Alpert

# EXHIBIT 1

# Certification of Document Preparation

This *Certification of Document Preparation* shall confirm that the following borrower has successfully completed docUmods:

- **Borrower Name:** Aurelio Pedone
- **Mailing Address:** 9995 Wornom Ave, Sunland, California 91040
- **Property Address:** 9995 Wornom Ave, Sunland, California 91040
- **Bankruptcy Jurisdiction:** California - Central - Los Angeles
- **Bankruptcy Case No.:** 17-24650
- **Mortgage Servicer:** Wells Fargo Home Mortgage / America's Servicing Company
- **Mortgage Loan No.:** ~~[redacted]~~
- **Invoice No.:** DOCUMODS052320180005

Please be sure to sign and date all forms and gather all supporting documents.


Sincerely,

Default Mitigation Management LLC

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
6345 Balboa Blvd., Suite 247, Encino, CA 91316.

A true and correct copy of the foregoing document entitled **DECLARATION OF STEVEN ALPERT IN SUPPORT OF MOTION TO COMMENCE LOAN MODIFICATION MANAGEMENT PROGRAM** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** – Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 18, 2018 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
ATTORNEY FOR DEBTOR: Steven A Alpert    enotice@pricelawgroup.com, alpert@pricelawgroup.com
CHAPTER 13 TRUSTEE: Kathy A Dockery (TR)    efiling@CH13LA.com
ECF PARTY: Dane W Exnowski    dane.exnowski@mcalla.com, bk.ca@mcalla.com
ECF PARTY: Jonetta A Graves    jonetta.a.graves@wellsfargo.com
ECF PARTY: Avi Schild    bk@atlasacq.com
ECF PARTY: Valerie Smith    claims@recoverycorp.com
U.S. TRUSTEE: United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL:**
On June 18, 2018 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

JUDGE
Hon. Neil W. Bason
United States Bankruptcy Court
255 E. Temple Street, Suite 1552
Los Angeles, CA 90012

DEBTOR
Lidia Pedone
9995 Wornom Ave.
Sunland, CA 91040

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ ,I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 18, 2018 | Lidia Ramirez-Rivas | _Lidia Ramirez-Rivas_ (signature) |
|---|---|---|
| Date | Typed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-2<br>Case 2:17-bk-24650-NB<br>Central District of California<br>Los Angeles<br>Mon Jun 18 12:15:43 PDT 2018 | Los Angeles Division<br>255 East Temple Street,<br>Los Angeles, CA 90012-3332 | American Express<br>Attn: Bankruptcy Dept.<br>16 General Warren Blvd.<br>Malvern, PA 19355-1245 |
| American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Chase Bank<br>PO Box 15123<br>Wilmington, DE 19850-5123 |
| Citibank<br>PO Box 790034<br>Saint Louis, MO 63179-0034 | Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0493 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 |
| NBS Default Services<br>301 East Ocean Avenue, Suite 1720<br>TS No: 9551-2273<br>Long Beach, CA 90802-8813 | Nordstrom<br>1700 Seventh Avenue<br>Suite 300<br>Seattle, WA 98101-4407 | Nordstrom, Inc.<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 |
| PYOD, LLC its successors and assigns as assi<br>of B-Line, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | TJ Maxx<br>TJX Companies, Inc.<br>770 Cochituate Road<br>Framingham, MA 01701-4698 |
| United States Trustee (LA)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 | Wells Fargo Bank<br>PO Box 10438<br>Des Moines, IA 50306-0438 | Wells Fargo Bank, N.A.<br>Default Document Processing N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 |
| Kathy A Dockery (TR)<br>801 Figueroa Street, Suite 1850<br>Los Angeles, CA 90017-5569 | Lidia Alicia Pedone<br>9995 Wornom Ave.<br>Sunland, CA 91040-1549 | Steven A Alpert<br>6345 Balboa Blvd., Suite 247<br>Encino, CA 91316-1580 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Courtesy NEF | (u)WELLS FARGO BANK N.A. | End of Label Matrix<br>Mailable recipients    20<br>Bypassed recipients    2<br>Total                  22 |